

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-15-685-DSF |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| PETROS MELKONIAN | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (x) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- He will appear as ordered. Court notes that,
- Due to drug use, defendant ~~appe~~ is a bond risk.

IT IS ORDERED that defendant be detained.

DATED: 10/30/17

*Patrick J. Walsh* (signature)

~~JOHN E. MCDERMOTT~~
UNITED STATES MAGISTRATE JUDGE

2